*J. A. Hixon, R. L. Greer, John M. Greer,* contra.

---

### 18572. ROGERS *v.* THE STATE.

BROYLES, C. J. "Declarations of a witness after trial, at variance with his sworn testimony, even when made under oath and explicitly asserting that his testimony on the trial was false, do not constitute a cause for a new trial." *Smarr* v. *Kerlin,* 21 *Ga. App.* 813 (2) (95 S. E. 306), and cit. A fortiori, such declarations are not cause for a new trial on an extraordinary motion therefor, such motions not being favored by the courts. Under the above-stated rulings and the facts of the

Criminal Law, 16 C. J. p. 1189, n. 70.

instant case, the overruling of the extraordinary motion for a new trial was·not error. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 10, 1928.

Arson; from White superior court—Judge I. H. Sutton. September 24, 1927.

*W. N. Oliver,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.